UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER ANDRES BARRIOS OSORIO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Northwest Immigration and Customs Enforcement Processing Center, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-02868-TL<br><br>ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION |

This matter is before the Court on Petitioner Walter Andres Barrios Osorio's Motion for Temporary Restraining Order and Motion for Preliminary Injunction ("TRO motion"). Dkt. No. 4. Having reviewed Petitioner's motion, and noting that Respondents did not file a response, the Court DENIES Petitioner's motion.

//

//

//

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION – 1

Petitioner's motion is largely mooted by this District's General Order No. 10-25 ("General Order")[1] and the Scheduling Order issued in this case, *see* Dkt. No. 5, which overlap with the relief sought in the TRO motion. Additionally, the motion does not establish that transfer or removal is imminently likely in the absence of preliminary relief. *See id.* at 2–3 (noting only that "Respondents have *in other cases* sought to remove noncitizens notwithstanding pending appeals or asserted stays" (emphasis added)). In any event, the Scheduling Order does not allow for the removal or transfer of Petitioner from this District without at least seven (7) days' notice. Dkt. No. 5 at 2.

Accordingly, the Court DENIES Petitioner's Motion for Temporary Restraining Order and Motion for Preliminary Injunction. Dkt. No. 4.

Dated this 13th day of August, 2026.

Tana Lin
United States District Judge

---

[1] Available at https://www.wawd.uscourts.gov/sites/wawd/files/General%20Order%2010-25%20re%20Immigration%20Habeas.1.pdf.

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION – 2